# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

No. 1D2024-2465

———————————————————

MICHAEL R. DEFEUDIS,

   Appellant,

   v.

KYLE PENNINGTON,

   Appellee.

———————————————————

On appeal from the County Court for Leon County.
Monique R. Richardson, Judge.

December 4, 2025

PER CURIAM.

   AFFIRMED.

ROWE, BILBREY, and NORDBY, JJ., concur.

———————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————————

Payton Steele McCann of McCann Legal, P.A., Miami, for Appellant.

Patrick Bickford, and Kevin A. Forsthoefel of Ausley McMullen, Tallahassee, for Appellee.